*Memo end J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE LOPEZ, individually and on
behalf of others similarly situated,

              Plaintiff,

    -against-

ARK 48 CORPORATION (d/b/a
TOASTIES), TOASTIES DELI CORP.
(d/b/a TOASTIES), TOASTIES ONE
CORP. (d/b/a TOASTIES), JIN CHOI,
RAYMOND KIM, ROBERT KIM,
SUSAN KIM, and ELLIOT LEE,

              Defendants.

Civil Action No. 15-CV-4160 *(Cm)*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/12/16__
```

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

WHEREAS Plaintiff filed the Complaint in this action on May 29, 2015;

WHEREAS Plaintiff alleges purported violations of the Fair Labor Standards Act ("FLSA") and New York Labor Law;

IT HEREBY IS STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants, as follows:

1.     After a review of preliminary document discovery, Plaintiff has determined that his claims will not likely withstand scrutiny under the Fair Labor Standard Act ("FLSA"). Accordingly, Plaintiff has chosen not to pursue claims based on federal law in the above-captioned litigation, arising under the FLSA or otherwise, and any such claims are hereby voluntarily dismissed in their entirety and without prejudice ; and

2.     Plaintiff's claims based on state law in the above-captioned litigation, arising under New York State Labor Law or otherwise, are hereby involuntarily dismissed in their entirety, based on lack of supplemental jurisdiction, without prejudice to Plaintiff

commencing a new action in state court, pursuant to the authority of Section 205 of the Civil

Practice Law and Rules ("CPLR") of New York in commencing such action, absent a resolution

of such claims between the parties.


MICHAEL FAILLACE & ASSOCIATES, P.C.    Jackson Lewis P.C. (NY)
ATTORNEYS FOR PLAINTIFF    666 Third Avenue
60 East 42nd St. Suite 2540    29th Floor
New York, NY 10165    New York, NY 10017
Tel: (212) 317-1200    (212) 545-4080
Fax: (212) 317-1620    Fax: (212)-972-3213
Email: michael@faillacelaw.com    Email: greenber@jacksonlewis.com

By: _____ Michael Faillace, Esq.    By: /s/ Raquel Gutierez w/ permission
    Richard Ian Greenberg of Richard Greenberg

Date: 7-11-16    Date: 7/11/16


SO ORDERED on this _2_, day of Jul 2016

HON. COLLEEN McMAHON
Chief United States District Judge